# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: | FILED: JULY 29, 2008 |
|---|---|---|
| BMG MUSIC, et al. v. ZAIN JEDDY | | 08CV4275 JUDGE DOW MAGISTRATE JUDGE VALDEZ TG |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; LOUD RECORDS LLC; and ATLANTIC RECORDING CORPORATION

| |
|---|
| NAME (Type or print) <br> Kristin S. Yoo |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Kristin S. Yoo |
| FIRM <br> Cozen O'Connor |
| STREET ADDRESS <br> 222 South Riverside Plaza, Suite 1500 |
| CITY/STATE/ZIP <br> Chicago, IL 60606 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)    TELEPHONE NUMBER <br> 6279521                                         (312) 382-3100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☒    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES    NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |