# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of<br><br>BMG MUSIC, et al.<br><br>v.<br><br>ZAIN JEDDY | Case Number: | FILED: JULY 29, 2008<br>08CV4275<br>JUDGE DOW<br>MAGISTRATE JUDGE VALDEZ<br>TG |
|---|---|---|

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; LOUD RECORDS LLC; and ATLANTIC RECORDING CORPORATION

| |
|---|
| NAME (Type or print)<br>Tia C. Ghattas |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>      s/ Tia C. Ghattas |
| FIRM<br>Cozen O'Connor |
| STREET ADDRESS<br>222 South Riverside Plaza, Suite 1500 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)     TELEPHONE NUMBER<br>6269818                                             (312) 382-3100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☒     NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐     NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☒     NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES ☒     NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ |