UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; LOUD RECORDS LLC, a Delaware limited liability company; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,<br><br>  Plaintiffs,<br><br>         vs.<br><br>ZAIN JEDDY,<br><br>  Defendant. | No. 08 cv 4275: |

**NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT**

Pursuant to FED.R.CIV.P. 7.1 and Local Rule 3.2, Plaintiffs identify below their parent corporations and any entity that owns 5% or more of any Plaintiff.

## SONY BMG MUSIC ENTERTAINMENT

BMG MUSIC
The following companies are parents of, or partners in Plaintiff BMG MUSIC: Ariola Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

LOUD RECORDS, LLC
The following companies are parents of, or partners in Plaintiff LOUD RECORDS LLC: SONY BMG MUSIC ENTERTAINMENT; USCO Holdings Inc.; BeSo Holding LLC;Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

SONY BMG MUSIC ENTERTAINMENT
The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

# UNIVERSAL

UMG RECORDINGS, INC.
The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.: Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in France.

# WARNER

ATLANTIC RECORDING CORPORATION
The following companies are parents of, or partners in Plaintiff ATLANTIC RECORDING CORPORATION: Warner Bros. Records Inc.; WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is publicly traded in the U.S.

Respectfully submitted,

BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; LOUD RECORDS LLC; and ATLANTIC RECORDING CORPORATION

DATED:  July 29, 2008

By: s/ Kristin S. Yoo
    Kristin S. Yoo (ARDC # 6279521)

Kristin S. Yoo (ARDC # 6279521)
Tia C. Ghattas (ARDC # 6269818)
**Cozen O'Connor**
222 South Riverside Plaza, Suite 1500
Chicago, IL 60606
Telephone:  (312) 382-3100
Facsimile:  (312) 382-8910

Attorneys for Plaintiffs