AO 121 (6/90)

| TO: | | |
|---|---|---|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X  ACTION          APPEAL | | COURT NAME AND LOCATION<br>**United States District Court**<br>**Northern District of Illinois**<br>**Everett McKinley Dirksen Buildling**<br>**219 South Dearborn St., 20th Floor**<br>**Chicago, IL 60604** |
|---|---|---|
| DOCKET NO.<br>08 cv 4275 | DATE FILED<br>July 29, 2008 | |

| PLAINTIFF<br>BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; LOUD RECORDS LLC; and ATLANTIC RECORDING CORPORATION | | DEFENDANT<br>ZAIN JEDDY |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>Amendment       Answer       Cross Bill       Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>Order       Judgment | WRITTEN OPINION ATTACHED<br>Yes          No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

1

**EXHIBIT A**

**ZAIN JEDDY**

| **IP Address:** 140.192.170.95 2007-05-02 14:40:05 EDT | **CASE ID#** 127596563 |
|---|---|
| **P2P Network:** Gnutella | **Total Audio Files:** 528 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Dave Matthews Band | Rapunzel | Before These Crowded Streets | 257-982 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Make Yourself | Make Yourself | 278-818 |
| UMG Recordings, Inc. | Ja Rule | Holla Holla | Venni Vetti Vecci | 174-722 |
| UMG Recordings, Inc. | Method Man | Da Rockwilder | Blackout! | 271-723 |
| UMG Recordings, Inc. | Jay-Z | Song Cry | The Blueprint | 301-441 |
| SONY BMG MUSIC ENTERTAINMENT | Cypress Hill | Rap Superstar | Skull & Bones | 287-128 |
| Loud Records LLC | Wu-Tang Clan | Gravel Pit | The W | 298-336 |
| Atlantic Recording Corporation | Phil Collins | In The Air Tonight | Face Value | 24-682 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Under My Umbrella | Morning View | 306-181 |