IN THE
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BMG MUSIC, ET AL., <br><br> Plaintiff/Petitioner <br><br> vs. <br> ZAIN JEDDY <br><br> Defendant/Respondent | Hearing Date: <br><br> CAUSE NO: **08CV4275** <br><br> DECLARATION OF SERVICE OF: <br> **NOTICE TO DEFENDANT; SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBIT A** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **9th day of August, 2008, at 9:21 AM**, at the address of **22220 CLARY SAGE Drive, FRANKFORT, Will County, IL 60423**; this declarant served the above described documents upon **ZAIN JEDDY**, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **MOHAMMED JEDDY, FATHER, A Middle Eastern male approx. 45-55 years of age 5'8"-5'10" In height weighing 180-200 lbs with black hair**, a person of suitable age and discretion residing at the respondent's usual place of abode listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Illinois** that the statement above is true and correct.

DATED this **11th day of August, 2008**.

_____
Karen Crohan, Reg. # 117-001119, IL

FOR: **COZEN O'CONNOR**
REF: **JEDDYZAIN|127596563**

ORIGINAL PROOF OF SERVICE

Tracking #: 5670756 SEA